# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Ramona LaRue, Inc. and Arianne Brown, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:23-cv-16743 |
| | ) | |
| v. | ) | Judge Jorge Alonso |
| | ) | Magistrate Jeannice W. Appenteng |
| Roadget Business Pte. Ltd. and | ) | |
| Shein Distribution Corp., | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Ramona LaRue, Inc. and Arianne Brown and Defendants Roadget Business Pte. Ltd. and Shein Distribution Corporation (the "Parties") hereby STIPULATE to the following:

1. The entire action is hereby dismissed in its entirety with prejudice; and

2. The Parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and per that rule, does not require an order.

SO STIPULATED.

Respectfully submitted,
Ramona LaRue, Inc. and Arianne Brown

Dated: May 21, 2025

/s/*Kelley S. Gordon*
Marshall, Gerstein & Borun LLP
Gregory J. Chinlund
Kelley S. Gordon
Benjamin T. Horton

John J. Lucas
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
gchinlund@marshallip.com
kgordon@marshallip.com
bhorton@marshallip.com
jlucas@marshallip.com
*Counsel for Plaintiffs*

Shein Distribution Corporation and
Roadget Business Pte. Ltd.

/s/*Barry R. Horwitz*
Rebekah S. Guyon (*pro hac vice*)
GuyonR@gtlaw.com
David H. Marenberg (*pro hac vice*)
MarenbergD@gtlaw.com
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel. 310-586-7700; Fax: 310-586-7800

Barry R. Horwitz
Barry.Horwitz@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel. 312-456-8400; Fax: 312-456-8435
*Counsel for Roadget Business Pte. Ltd. and Shein Distribution Corporation*